# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Citizens United )
*Plaintiff* )
)
v. ) Civil Action No. 16-423 (APM)
)
United States Department of State )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/3/2016

/s/  Sherryl Horn

*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No. 16-423 (APM)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney General
was received by me on *(date)* March 3, 2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the summons and complaint on the defendant by Certified Mail on March 8, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ XXXXX .

I declare under penalty of perjury that this information is true.

Date: March 16, 2016

/s/ Jeremiah L. Morgan
*Server's signature*

Jeremiah L. Morgan
*Printed name and title*

370 Maple Ave. W., Suite 4
Vienna, VA 22180-5615
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Citizens United | ) |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 16-423 (APM) |
| United States Department of State | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 3/3/2016



/s/ Sherryl Horn

*Signature of Clerk or Deputy Clerk*

Civil Action No.  16-423 (APM)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of State
was received by me on *(date)* March 3, 2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I served the summons and complaint on the defendant by Certified Mail on March 8, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ XXX .

I declare under penalty of perjury that this information is true.

Date: March 16, 2016

/s/ Jeremiah L. Morgan
*Server's signature*

Jeremiah L. Morgan
*Printed name and title*

370 Maple Ave. W., Suite 4
Vienna, VA  22180-5615
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Citizens United )
_Plaintiff_ )
)
v. ) Civil Action No. 16-423 (APM)
United States Department of State )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Civil Process Clerk
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: 3/3/2016



/s/ Sherryl Horn

_Signature of Clerk or Deputy Clerk_

FOIA Summons (12/11) (Page 2)

Civil Action No. 16-423 (APM)

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the District of Columbia was received by me on *(date)* March 3, 2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*:

I served the summons and complaint on the defendant by Certified Mail on March 8, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ XXXX.

I declare under penalty of perjury that this information is true.

Date: March 16, 2016

/s/ Jeremiah L. Morgan
*Server's signature*

Jeremiah L. Morgan
*Printed name and title*

370 Maple Ave. W., Suite 4
Vienna, VA  22180-5615
*Server's address*

Additional information regarding attempted service, etc: