# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Docket No. 1:16-CV-00423-APM |
| ) | |
| UNITED STATES ) | |
| DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the concurrence of both parties hereto, Plaintiff Citizens United dismisses the above-captioned suit without prejudice, with each side to bear its own fees and costs.

Dated: November 13, 2018    Respectfully submitted,

| | |
|---|---|
| */s/ Jeremiah L. Morgan* | JOSEPH H. HUNT |
| Jeremiah L. Morgan | Assistant Attorney General |
| (D.C. Bar No. 1012943) | |
| Robert J. Olson | MARCIA BERMAN |
| (D.C. Bar No. 1029318) | Assistant Branch Director |
| William J. Olson | Federal Programs Branch |
| (D.C. Bar No. 233833) | |
| William J. Olson, P.C. | /s/ Kevin M. Snell |
| 370 Maple Avenue, West, Suite 4 | KEVIN M. SNELL |
| Vienna, VA  22180-5615 | Trial Attorney |
| 703-356-5070 (telephone) | United States Department of Justice |
| jmorgan@lawandfreedom.com | Civil Division, Federal Programs Branch |
| | 1100 L St. NW |
| *Counsel for Plaintiff* | Washington, D.C.  20005 |
| | Tel.: (202) 305-0924 |
| | Fax: (202) 616-8460 |
| | E-mail:  Kevin.Snell@usdoj.gov |